**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ROBIN CHRESTMAN, )<br>)<br>Defendant. ) | No. 4:09-CR-106 CAS |

**ORDER**

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Frederick R. Buckles. On July 23, 2009, Judge Buckles filed a Memorandum, Report and Recommendation of United States Magistrate Judge which recommended that defendant's Motions to Suppress Evidence and Statements be denied.

Defendant filed the following specific objection to the Magistrate Judge's Memorandum, Report and Recommendation: that the Magistrate Judge wrongly concluded that the facts known to law enforcement provided reasonable suspicion to expand the scope of the traffic stop at the time the stop was delayed while a narcotics detection canine arrived. Defendant also generally objects to the Memorandum, Report and Recommendation, and incorporates the arguments set forth in her original motions to suppress evidence and statements.

The Court has carefully and independently reviewed the full record, and has read the transcript of the evidentiary hearing held in this matter on March 17, 2009. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after a de novo review,

**IT IS HEREBY ORDERED** that the objections of defendant Robin Chrestman are overruled. [Doc. 70]

**IT IS FURTHER ORDERED** that the Memorandum, Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 66]

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Evidence, Supplemental Motion to Suppress Evidence, and Motion to Suppress Statements are **DENIED**. [Docs. 33, 34, and 55]

                                                  **CHARLES A. SHAW**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated this   10th   day of August, 2009.